AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2009 MAR -6  P 4: 09
DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

**AMENDED**

| | |
|---|---|
| Yvonne Flitton | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Primary Residential Mortgage, Inc | |
| | Case Number: 2:03 cv 481 DAK |

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the plaintiff and against the defendant in the amount of $304,703.05.

| March 6, 2009 | D. Mark Jones |
|---|---|
| Date | Clerk of Court |
| | [signature] |
| | (By) Deputy Clerk |